IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MATTHEM J. BYERLY )<br>    Plaintiff, )<br>v. )<br> )<br>VIRGINIA POLYTECHNIC )<br>INSTITUTE AND STATE )<br>UNIVERSITY )<br>    Defendant. ) | Civil Action No. 7:18-cv-16 |

## ORDER[1]

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED** that:

(1) Defendant Virginia Polytechnic Institute and State University's motion to dismiss (Dkt. No. 20) is **GRANTED**;

(2) The amended complaint is **DISMISSED WITHOUT PREJUDICE**; and

(3) Plaintiff Matthew J. Byerly is granted leave to file a second amended complaint addressing the deficiencies in the amended complaint within fourteen (14) days of the date of this order.

It is so **ORDERED**.

Entered: March 21, 2019

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

---

[1] This case is before me by consent of the parties pursuant to 28 U.S.C. § 636(c)(1).