# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MATTHEW J. BYERLY </br>     Plaintiff, </br> v. </br> </br> VIRGINIA POLYTECHNIC </br> INSTITUTE AND STATE </br> UNIVERSITY, ET. AL., </br>     Defendants. | Civil Action No. 7:18-cv-16 |

## ORDER[1]

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED** that:

(1) Defendant Virginia Polytechnic Institute and State University's Motion to Dismiss (Dkt. No. 38) is **GRANTED**;

(2) Defendants Timothy Sands and James Orr, Jr.'s Motion to Dismiss (Dkt. No. 42) is **GRANTED**;

(3) The Second Amended Complaint is **DISMISSED WITH PREJUDICE** and this action is **STRICKEN** from the active docket of this court.

It is so **ORDERED**.

                                                Entered: December 5, 2019

                                                *Robert S. Ballou*

                                                Robert S. Ballou </br>
                                                United States Magistrate Judge

---

[1] This case is before me by consent of the parties pursuant to 28 U.S.C. § 636(c)(1).